THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EARL HAW-KINS *et al.*, Defendants-Appellants.

(No. 57047;

First District (1st Division)—April 15, 1974.

Opinion by Mr. JUSTICE GOLDBERG.
EGAN, P. J., concurring in part and dissenting in part.

James J. Doherty, Public Defender, of Chicago (Suzanne M. Kohut, Assistant Public Defender, of counsel) for appellant Earl Hawkins.

Edward M. Genson, of Chicago, for appellant Kenneth Birdsong.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Linda West Conley, Assistant State's Attorneys, of counsel), for the People.